UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGAN BASTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD M. YETT, *et al*.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01564-LJO-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT DEFENDANTS' MOTION TO DISMISS BE DENIED<br><br>(ECF Nos. 18, 31) |

Elgan Baston ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 5, 2017, the assigned magistrate judge entered findings and recommendations, recommending that Defendants Benjamin Arreguin, Kristofer R. Campbell, Eddie Ohaya, Michael A. Toscano, and Edward M. Yett's Rule 12(b)(6) motion to dismiss Plaintiff's Complaint, (ECF No. 18), be denied. (ECF No. 31.) The findings and recommendations were served on the parties and contained notice that objections thereto were to be filed within fourteen days. Defendants did not file objections, and Plaintiff filed a notice indicating that he had no objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the matter. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly, it is hereby ordered that:

1. The findings and recommendations entered on December 5, 2017 (ECF No. 31) are adopted in full;
2. Defendants' Rule 12(b)(6) motion to dismiss (ECF No. 18) is denied; and
3. Defendants are directed to file an appropriate responsive pleading in accordance with Rule 12(b)(4) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **December 22, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE