1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ELGAN BASTON,                        Case No. 1:16-cv-01564-LJO-EPG

12                 Plaintiff,             ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATIONS
13        v.                              THAT PLAINTIFF'S MOTION TO BAR
                                          TRANSFER BE DENIED
14   EDWARD M. YETT, *et al*.,
                                          (ECF Nos. 32, 41)
15                 Defendants.

16

17        Elgan Baston ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in

18   this civil rights action pursuant to 42 U.S.C. § 1983.

19        On January 18, 2018, the assigned magistrate judge entered findings and

20   recommendations, recommending that Plaintiff's motion to bar  Plaintiff's prison transfer to

21   Tehachapi State Prison be denied. (ECF No. 31.)  The findings and recommendations were

22   served on the parties and contained notice that objections thereto were to be filed within

23   fourteen days.  Defendants did not file objections, and Plaintiff filed a notice indicating that he

24   objected to the underlying decision not to prevent his transfer, (ECF No. 44).

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted

26   a *de novo* review of the matter. Having carefully reviewed the entire file, the court finds that

27   the findings and recommendations are supported by the record and proper analysis.

28        Accordingly, it is hereby ordered that:

                                              1

1.   The findings and recommendations entered on January 18, 2018 (ECF No. 41) are adopted in full;

2.   Plaintiff's motion to bar transfer (ECF No. 32) is denied; and

IT IS SO ORDERED.

Dated:   **February 7, 2018**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE