# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELGAN BASTON,** <br><br> Plaintiff, <br><br> v. <br><br> **E. YETT, et al.,** <br><br> Defendants. | Case No. CV16-01564 LJO-EPG (PC) <br><br> **ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

The parties filed a stipulation to dismiss this action with prejudice. All parties have agreed to the dismissal. In light of the stipulation, the case has ended, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **March 1, 2018**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE